*In re* LUIS GARCÍA PAGÁN.

*Número:* AB-94-133                 *Resuelto:* 17 de mayo de 1995

*Hiram Betances Fradera*, abogado del querellado.

## RESOLUCIÓN

Habiendo pagado el Lic. Luis García Pagán la sanción que se le impuso mediante Resolución de 21 de abril de 1995, se le reinstala de inmediato al ejercicio de la profesión.

Lo acordó el Tribunal y certifica el señor Secretario General. El Juez Presidente Señor Andréu García y el Juez Asociado Señor Alonso Alonso no intervinieron.

*(Fdo.)* Francisco R. Agrait Lladó
*Secretario General*